UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARMEN GOMEZ,

               Plaintiff,

   -against-

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.
-----------------------------------------------------------X

JUDGMENT
07-CV- 4970 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 11 2008 ★

      An Order of Honorable John Gleeson, United States District Judge, having been filed on March 6, 2008, remanding plaintiff's case to the Commissioner of Social Security for further proceedings; directing the government to forward a copy of the its Memorandum of Law to the Commissioner along with a copy of the Court's Order; and due to the lengthy delay in this case, the Court respectfully directs the Commissioner to make every effort to schedule a hearing on the claim as soon as possible and to strive to do so within 90 days from the date of the Court's Order dated March 6, 2008; it is

      ORDERED and ADJUDGED that plaintiff's case is remanded to the Commissioner of Social Security for further proceedings; that the government is directed to forward a copy of its Memorandum of Law to the Commissioner along with a copy of the Court's Order of March 6, 2008; and that due to the lengthy delay in this case, the Court respectfully directs the Commissioner to make every effort to schedule a hearing on the claim as soon as possible and to strive to do so within 90 days from the date of the Court's Order dated March 6, 2008.

Dated: Brooklyn, New York
       March 10, 2008

                                                                     s/Robert C, Heinemann
                                                                     ROBERT C. HEINEMANN
                                                                     Clerk of Court